STATE v. MULLICAN

No. 190A95

Case below: 118 N.C.App. 585

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 July 1995.

STATE v. PARTON

No. 163P95

Case below: 118 N.C.App. 585

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

STATE v. PATTON

No. 255P95

Case below: 119 N.C.App. 229

Petition by Attorney General for writ of supersedeas and motion for temporary stay allowed 27 June 1995.

STATE v. POE

No. 264P95

Case below: 119 N.C.App.(20 June 1995

Motion by the Attorney General for temporary stay allowed 7 July 1995.

STATE v. RAMSEY

No. 236P95

Case below: 118 N.C.App. 736

Notice of Appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 July 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.